IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILMINGTON SAVINGS FUND SOCIETY,
FSB AS OWNER TRUSTEE OF THE
RESIDENTIAL CREDIT OPPORTUNITIES
TRUST VII-A,

      Plaintiff,

v.

THE ESTATE OF ROBIN M. MCCAFFERTY
(DECEASED), THE UNKNOWN HEIRS,
LEGATEES AND DEVISEES OF ROBIN M.
MCCAFFERTY (DECEASED), CITIBANK,
N.A., AND CAPITAL ONE BANK (USA)
N.A.,

      Defendants.

Case No. 1:22-cv-00380 KG-JMR

## ORDER GRANTING PLAINTIFF'S MOTION SEEKING ENTRY OF ORDER APPROVING REPORT OF SPECIAL MASTER

THIS MATTER comes before the Court upon Plaintiff's Motion Seeking Entry of Order Approving Report of Special Master, filed May 2, 2023 (Doc. 23). As indicated by the Report of Special Master, filed April 27, 2023 (Doc. 22-1), based on previous authorization from the Court the Special Master has conducted a foreclosure auction for the real estate involved in this lawsuit with the property sold at auction to George Vazquez and Carlos E. Estrada for the winning bid of $130,500.00, the highest bid offered.

IT IS THEREFORE ORDERED that the Report of Special Master is hereby approved, and the sale is hereby confirmed.

IT IS FURTHER ORDERED that the purchase of the real estate at the sale pays in full the judgment of Plaintiff plus any special master fees and costs of sale, Plaintiff's attorneys fees, taxes and costs, and Plaintiff's expenses.

IT IS FURTHER ORDERED that the Special Master's Deed attached to the Report of Special Master is hereby approved and is to be issued to Plaintiff. Upon delivery of the deed, the Special Master shall be discharged without further order of the Court.

IT IS FURTHER ORDERED George Vazquez and Carlos E. Estrada shall take title to the real estate described in the Special Master's Deed, free and clear of any and all claims, liens, right, title or interest of Defendants herein, and all persons claiming by or through them, subject only to the items set forth in the Special Master's Deed, and subject further to the right of redemption, the period of which is one (1) month from the date of the filing of this Order with the Clerk of the District Court.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**
JENNINGS HAUG KELEHER McLEOD

By: /s/ Ryan M. Walters
Ryan M. Walters
*Attorneys for Plaintiff Wilmington Savings*
Post Office Box AA
Albuquerque, NM 87103
Phone: (505) 346-4646
Fax: (505) 346-1370
Email: rmw@jhkmlaw.com

**APPROVED AS TO FORM ONLY BY:**
ALDRIDGE PITE, LLP

/s/ Rob Negrin (approved via email April 27, 2023)
Rob Negrin
*Attorneys for Cenlar Federal Savings Bank
Servicer for Defendant Citibank, N.A.*
701 N. Post Oak Road, Suite 205
Houston, Texas 77024
Phone: (713) 293-3650
rnegrin@aldridgepite.com

(no response received)
Capital One Bank (USA), N.A.
c/o Agent for Service of Process
1680 Capital One Drive
McLean, VA 22101-3491

2