IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILMINGTON SAVINGS FUND SOCIETY,
FSB AS OWNER TRUSTEE OF THE
RESIDENTIAL CREDIT OPPORTUNITIES
TRUST VII-A

  Plaintiff,

v.                No. 1:22-CV-380-SMD-JMR

THE ESTATE OF ROBIN M. MCCAFFERTY
(DECEASED), THE UNKNOWN HEIRS,
LEGATEES AND DEVISEES OF ROBIN M.
MCCAFFERTY (DECEASED), CITIBANK,
N.A., AND CAPITAL ONE BANK (USA)
N.A.,

  Defendants.

## **ORDER CLOSING CASE**

  1.  On March 3, 2023, the Hon. Kenneth J. Gonzales, United States District Judge, GRANTED (Doc. 18) the motion for default judgment filed by Plaintiff Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust VII-A (hereinafter "Plaintiff") (Doc. 14), against Defendants Robin M. McCafferty, The Unknown Heirs and Capital One Bank (USA) N.A.

  2.  On May 25, 2023, the Court GRANTED (Doc. 25) Plaintiff's motion for an order approving the report of the special master filed on April 27, 2023 (Doc. 22), after the special master conducted a foreclosure auction on April 13, 2023 (Doc. 23).

  3.  On January 25, 2024, the Court GRANTED (Doc. 28) Plaintiff's motion for an order authorizing the deposit of surplus funds from the foreclosure auction into the court registry (Doc. 26).

4.  On January 16, 2025, this case was reassigned to the undersigned United States District Judge.

WHEREAS all issues appear to be resolved in this matter, it is ORDERED that this case is now CLOSED.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**